**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

_____

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT |
| Flora A. DelloRusso | : | DISTRICT OF NEW JERSEY |
| | : | HONORABLE: RG |
| | : | CASE NO. 17-23657 |
| | : | |
| Debtors. | : | CHAPTER 13 |

_____

**OBJECTION TO MOTION FOR RELIEF OF THE AUTOMATIC STAY FILED BY NATIONSTAR MORTGAGE**

I, Russell L. Low, attorney for the Debtor herein, certify the following:

1. I am having communication issues with the Debtor, Flora A. DelloRusso, as there is a language barrier.

2. I hope that I will be able to deliver a more appropriate response upon accurate communication with my client, prior to the hearing date of December 6, 2017.


**Date: November 14, 2017**                               **/s/ Russell L. Low, Esq.**
                                                          **Attorney for the Debtor**