Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17–23657–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flora A. DelloRusso
   52 Second Ave
   Hawthorne, NJ 07506

Social Security No.:
   xxx–xx–1164

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 13, 2017.

On 06/20/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:          July 18, 2018
Time:         09:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 21, 2018
JAN: mg

                                                                                       Jeanne Naughton
                                                                                       Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 17-23657-RG
Flora A. DelloRusso                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 185             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db             +Flora A. DelloRusso,    52 Second Ave,    Hawthorne, NJ 07506-2408
cr             +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
516920276      +AMEX,    PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517155479       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516920278     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANKAMERICA,     PO BOX 982238,    EL PASO, TX 79998)
516920277      +BANKAMERICA,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
516920285      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517115017       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516920284      +Champion Mortgage,    PO Box 40724,    Lansing, MI 48901-7924
516920287      +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517164673       Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516920288      +FRD MOTOR CR,    PO BOX BOX 542000,    OMAHA, NE 68154-8000
516953229      +Ford Motor Credit Company, LLC,     Morgan, Bornstein and Morgan,    1236 Brace Road, Ste K,
                 Cherry Hill, NJ 08034-3229
516920289      +GREENPOINT MORTGAGE,    PO BOX 21887,    EAGAN, MN 55121-0887
516920290      +Horizon Blue Cross/Blue Shield,     P.O. Box 820,    Newark, NJ 07101-0820
516920291      +James Mayer,    PO Box 35,    Westwood, NJ 07675-0035
516920292      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
516920294       Lawn Doctor of Ramsey-Mahwah,    2975 Weschester Avenue,     Suite 203,    Mahwah, NJ 07430
517195607      +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,     Champion Mortgage Company,
                 P.O. BOX 619093,    Dallas, TX 75261-9093
516920297      +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516920299      +St Joseph Regional Med Ctr,    PO Box 32025,    Newark, NJ 07102-0425
516920301      +THRIFT INVESTMENT CORP,    720 KING GEORGE POST RD,    FORDS, NJ 08863-1985
516920302     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: TOYOTA MOTOR CREDIT,     4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516920274      +E-mail/Text: EBNProcessing@afni.com Jun 22 2018 00:30:32      AFNI, INC.,    PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
516920275      +E-mail/Text: EBNProcessing@afni.com Jun 22 2018 00:30:32      Afni, Inc.,    PO Box 3517,
                 Bloomington, IL 61702-3517
516920283      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 22 2018 00:28:23       CAPITAL ONE AUTO FINAN,
                 3901 DALLAS PKWY,    PLANO, TX 75093-7864
516920282      +E-mail/Text: cms-bk@cms-collect.com Jun 22 2018 00:29:53      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516920286      +E-mail/Text: mrdiscen@discover.com Jun 22 2018 00:29:27      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
516920293      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 00:29:33      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
516920295      +E-mail/Text: kmorgan@morganlaw.com Jun 22 2018 00:31:11      Morgan Bornstein & Morgan,
                 1236 Brace Rd,    Suite K,   Cherry Hill, NJ 08034-3229
516920296      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:27:48
                 PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
517094295       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:47:18
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,    POB 41067,    Norfolk VA 23541
516920300      +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:04      SYNCB/JCP,    PO BOX 965007,
                 ORLANDO, FL 32896-5007
516920298      +E-mail/Text: appebnmailbox@sprint.com Jun 22 2018 00:30:19      Sprint,    P.O Box 7993,
                 Overland Park, KS 66207-0993
517048639      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2018 00:45:00      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516920280*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANKAMERICA,     PO BOX 982238,    EL PASO, TX 79998)
516920281*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
516920279*     +BANKAMERICA,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 21, 2018
                              Form ID: 185             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Flora A. DelloRusso rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```