Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−23657−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flora A. DelloRusso  
   52 Second Ave  
   Hawthorne, NJ 07506

Social Security No.:  
   xxx−xx−1164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/6/19 at 10:00 AM

to consider and act upon the following:

*38* − Certification in Opposition to (related document:36 Creditor's Certification of Default (related document:20 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 01/22/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Russell L. Low on behalf of Flora A. DelloRusso. (Low, Russell)

Dated: 1/23/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court