RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Flora Dellorusso** | : | CASE NO. 17-23657 |
| Debtor | : | The Honorable Rosemary Gambardella |

_____

**ATTORNEY'S RESPONSE TO SECURED CREDITOR'S CERTIFICATION OF DEFAULT**
_____

I, Russell L. Low, being of full age, hereby certify the following:

1. I represent the debtor, Flora Dellorusso, on this bankruptcy proceeding.

2. My office has been unable to reach the above referenced debtor to file a timely opposition signed to the Creditor's Certification of Default signed by her.

3. I am asking for the opportunity to contact the debtor regarding this matter in an effort to resolve the same.

4. Therefore, I am respectfully requesting on behalf of the debtor the opportunity to reach an amicable resolution regarding this matter.

Date: <u>June 27, 2019</u>                                               /s/ Russell L. Low, Esq.

                                                                                                     **RUSSELL L. LOW, ESQ.**