Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−23657−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flora A. DelloRusso
   52 Second Ave
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−1164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/7/19 at 10:00 AM

to consider and act upon the following:

**50** − Response to (related document:49 Creditor's Certification of Default (related document:15 Motion for Relief from Stay re: 52 Second Avenue, Hawthorne NJ 07506. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 06/27/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Russell L. Low on behalf of Flora A. DelloRusso. (Low, Russell)

Dated: 6/28/19

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court