Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23657−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flora A. DelloRusso
   52 Second Ave
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−1164

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/7/19 at 10:00 AM

to consider and act upon the following:

*50* − Response to (related document:49 Creditor's Certification of Default (related document:15 Motion for Relief from Stay re: 52 Second Avenue, Hawthorne NJ 07506. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Laura M. Egerman on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 06/27/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Russell L. Low on behalf of Flora A. DelloRusso. (Low, Russell)

Dated: 6/28/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-23657-RG
Flora A. DelloRusso                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 28, 2019
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
db          +Flora A. DelloRusso,   52 Second Ave,    Hawthorne, NJ 07506-2408
cr          +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave.,    Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Flora A. DelloRusso rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7