Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17−23657−RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Flora A. DelloRusso
   52 Second Ave
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−1164

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 2, 2019
JAN: slm

                                                              Jeanne Naughton
                                                               Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                  Case No. 17-23657-RG
Flora A. DelloRusso                                                     Chapter 13
          Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Aug 02, 2019
                               Form ID: 148                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db             +Flora A. DelloRusso,    52 Second Ave,    Hawthorne, NJ 07506-2408
cr             +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
516920277      +BANKAMERICA,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
516920284      +Champion Mortgage,    PO Box 40724,    Lansing, MI 48901-7924
517164673       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516953229      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brace Road, Ste K,
                 Cherry Hill, NJ 08034-3229
516920289      +GREENPOINT MORTGAGE,    PO BOX 21887,    EAGAN, MN 55121-0887
516920290      +Horizon Blue Cross/Blue Shield,    P.O. Box 820,    Newark, NJ 07101-0820
516920291      +James Mayer,    PO Box 35,    Westwood, NJ 07675-0035
516920292      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
516920294       Lawn Doctor of Ramsey-Mahwah,    2975 Weschester Avenue,    Suite 203,    Mahwah, NJ 07430
517195607      +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,     Champion Mortgage Company,
                 P.O. BOX 619093,    Dallas, TX 75261-9093
516920299      +St Joseph Regional Med Ctr,    PO Box 32025,    Newark, NJ 07102-0425
516920301      +THRIFT INVESTMENT CORP,    720 KING GEORGE POST RD,    FORDS, NJ 08863-1985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 23:16:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 23:16:50       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516920274      +EDI: AFNIRECOVERY.COM Aug 03 2019 02:38:00      AFNI, INC.,    PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
516920276      +EDI: AMEREXPR.COM Aug 03 2019 02:38:00      AMEX,   PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
516920275      +EDI: AFNIRECOVERY.COM Aug 03 2019 02:38:00      Afni, Inc.,    PO Box 3517,
                 Bloomington, IL 61702-3517
517155479       EDI: BECKLEE.COM Aug 03 2019 02:38:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516920278       EDI: BANKAMER.COM Aug 03 2019 02:38:00      BANKAMERICA,    PO BOX 982238,    EL PASO, TX 79998
516920281       EDI: BANKAMER.COM Aug 03 2019 02:38:00      BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998
516920283      +EDI: CAPONEAUTO.COM Aug 03 2019 02:38:00      CAPITAL ONE AUTO FINAN,    3901 DALLAS PKWY,
                 PLANO, TX 75093-7864
516920285      +EDI: CHASE.COM Aug 03 2019 02:38:00      CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
516920282      +E-mail/Text: cms-bk@cms-collect.com Aug 02 2019 23:16:24      Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
517115017       EDI: BL-BECKET.COM Aug 03 2019 02:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516920286      +EDI: DISCOVER.COM Aug 03 2019 02:38:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                 WILMINGTON, DE 19850-5316
516920287      +EDI: TSYS2.COM Aug 03 2019 02:38:00      DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
516920288      +EDI: FORD.COM Aug 03 2019 02:38:00      FRD MOTOR CR,    PO BOX BOX 542000,
                 OMAHA, NE 68154-8000
516920293      +E-mail/Text: bncnotices@becket-lee.com Aug 02 2019 23:15:47       KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
516920295      +E-mail/Text: kmorgan@morganlaw.com Aug 02 2019 23:17:33      Morgan Bornstein & Morgan,
                 1236 Brace Rd,    Suite K,    Cherry Hill, NJ 08034-3229
516920296      +EDI: PRA.COM Aug 03 2019 02:38:00      PORTFOLIO RECOVERY ASS,    120 CORPORATE BLVD STE 1,
                 NORFOLK, VA 23502-4952
517094295       EDI: PRA.COM Aug 03 2019 02:38:00      Portfolio Recovery Associates, LLC,    c/o Jc Penney,
                 POB 41067,    Norfolk VA 23541
516920297      +EDI: SEARS.COM Aug 03 2019 02:38:00      SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
516920300      +EDI: RMSC.COM Aug 03 2019 02:38:00      SYNCB/JCP,    PO BOX 965007,    ORLANDO, FL 32896-5007
516920298      +EDI: NEXTEL.COM Aug 03 2019 02:38:00      Sprint,    P.O Box 7993,    Overland Park, KS 66207-0993
516920302      +EDI: TFSR.COM Aug 03 2019 02:38:00      TOYOTA MOTOR CREDIT,    4 GATEHALL DR STE 350,
                 PARSIPPANY, NJ 07054
517048639      +EDI: AIS.COM Aug 03 2019 02:38:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516920280*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANKAMERICA,     PO BOX 982238,    EL PASO, TX 79998)
516920279*     +BANKAMERICA,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Aug 02, 2019
                               Form ID: 148             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Flora A. DelloRusso rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company
           smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```